UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WILLIE WARREN,

        Plaintiff,

    - against -

THE COUNTY OF NASSAU, et al.,

        Defendants.
-------------------------------------------------------------------X

**ORDER**
06-CV-3560 (RRM)
09-CV-1614 (RRM) (ARL)

**MAUSKOPF, United States District Judge.**

On June 11, 2010, this Court held a conference with regard to these two related cases, 06-cv-3560 and 09-cv-1614. *See* Minute Entry, Docket No. 51 filed in 06-cv-3560. At that time, the Court set various deadlines, including 1) completion of discovery (to include expert disclosures) by September 14, 2010, 2) commencement of dispositive motion practice by September 20, 2010, and 3) the filing of a revised Joint Pretrial Order by September 20, 2010. There has been no request to file dispositive motions, and no revised Joint Pre-Trial Order submitted, and it appears from Plaintiff's recent filings that Defendants have failed to provide expert disclosure. *See* Plaintiff's Letter dated December 30, 2010, filed in both cases. In fact, other than a request by Defendants to extend the discovery deadline by three weeks,[1] *see* Docket No. 41 filed in 09-cv-1614, there has been no activity in these cases until the filing of Plaintiff's December 30 letter.

By January 14, 2011, the parties shall submit **both** a REVISED JOINT PRE-TRIAL ORDER **in each case**, and a JOINT STATUS REPORT **regarding both cases**, outlining why

---

[1] This request, filed on September 10, 2010, was originally directed to the Magistrate Judge. By Order entered the same day, the Magistrate Judge ordered that the request be re-directed to the undersigned as the judge who set the discovery deadlines. Defendants took no such action. However, Defendants have now received well more than the three-week extension they requested, and it appears from Plaintiff's letter of December 30 that the discovery which was the subject of Defendants' extension request, including the deposition of Plaintiff, has been completed, although disclosure of Defendants' expert report has yet to be made.

the parties failed to comply with this Court's schedule of June 11, 2010, setting forth proposed trial dates, and detailing any remaining issues to resolve before proceeding to trial.  Upon receipt of these submissions, the Court will provide the parties with dates for trial and a pre-trial conference.

                                            SO ORDERED.

Dated: Brooklyn, New York                        /S/
       January 3, 2011                           _____
                                            ROSLYNN R. MAUSKOPF
                                            United States District Judge